THE BANK OF AMERICA, Respondent, *v.* EAST RIVER SILK COMPANY, Appellant.

*Bank of America* v. *East River Silk Co.*, 90 Hun, 608, affirmed.
(Argued May 25, 1896; decided June 9, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 15, 1895, which affirmed an order of the Special Term denying a motion to vacate an attachment.

*John Sabine Smith* for appellant.

*Charles E. Rushmore* for respondent.

Order affirmed, with costs ; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK M. HAVERTY, Respondent, *v.* EDWARD P. BARKER et al., Commissioners, Constituting the Board of Taxes and Assessments in the City of New York, Appellants.

*People ex rel.* v. *Barker*, 1 App. Div. 532, affirmed.
(Argued May 25, 1896; decided June 9, 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the first judicial department, made February 14, 1896, which reversed on certiorari a determination of the board of taxes and assessments in the city of New York, removing the relator from the office of tax assessor.

*D. J. Dean* for appellants.

*Thomas C. O'Sullivan* and *Gilbert D. Lamb* for respondent.

Order affirmed, with costs; no opinion.
All concur.